**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Ramon Santos                    Case No. 18-13559-RAM
                                       Chapter 13


_____Debtor_____/

**OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

*Claim 1 is a duplicate of claim 2. Claim 1 should be stricken and disallowed.*

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Date: July 21, 2018

                                       Rodriguez Law, PL
                                       900 West 49 Street, Suite 505
                                       Hialeah, FL 33012
                                       Telephone: (305) 262-8226
                                       Facsimile: (305) 262-8226

                                       By: /s/ Ricardo A Rodriguez
                                            Ricardo A Rodriguez
                                            Florida Bar No. 0496901
                                            ricardo@rdgzlaw.com

LF-70 (rev. 12/01/09)