

**ORDERED in the Southern District of Florida on October 26, 2018.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

**IN RE:**

**RAMON SANTOS**                                      **CASE NO.: 18-13559-RAM**
                                                      **CHAPTER: 13**

      **DEBTOR(S).**
_____/

**ORDER DENYING RENEWED MOTION FOR _IN REM_ RELIEF FROM AUTOMATIC**
**STAY AND CO-DEBTOR STAY; AND REQUEST FOR AN ORDER GRANTING TWO**
**YEARS PROSPECTIVE RELIEF WITHOUT PREJUDICE**

     **THIS CAUSE** came before the Court for hearing on <u>October 16, 2018 at 9:00 a.m.</u> upon the _Renewed Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay; and Request for an Order Granting Two Years Prospective Relief_ (the "Motion") filed by **Wells Fargo Bank, N.A.** (the "Movant") on October 1, 2018 [DE#63].  The Court being otherwise more fully advised in the premises, it is:

     **ORDERED:**

1. Movant's *Renewed Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay; and Request for an Order Granting Two Years Prospective Relief* is denied, without prejudice, as to the following property:

   **LOT 5, BLOCK 10, MARJOHN PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 47, AT PAGE 97, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

   **Property Address: 740 E 6TH ST HIALEAH, FL 33010-4510**

2. Upon entry of the Final Report of Mediator, if Movant re-files or re-news the Motion, no new filing fee will be necessary for the filing of the Motion.

###

***Attorney, Ella Roberts, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).***

**Submitted by:**
Ella Roberts, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext.1611
Facsimile: (813) 221-9171
Bkfl@albertellilaw.com